UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2005 AUG 16 A 10: 30
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re:

EUGENE and ELLEN KARPINSKY,

    Debtors.

Case No. 03-73436
Chapter 7
Hon. Marci B. McIvor

_____/

DirecTV, Inc.,

    Plaintiff,

v.

Adv. Proc. 04-4256

EUGENE KARPINSKY,

    Defendant.

_____/

## ORDER AWARDING DAMAGES AND DETERMINING DAMAGES TO BE NON-DISCHARGEABLE

For the reasons set forth in the "Opinion Awarding Damages And Determining Damages to Be Non-Dischargeable", this Court awards Plaintiff the following damages:

    (1) for violations of 47 U.S.C. § 605(a), Plaintiff is entitled to damages in the amount of $30,000 pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and damages in the amount of $30,000 pursuant to 47 U.S.C. 605(e)(3)(C)(ii);

    (2) for violations of 47 U.S.C. § 605(e)(4), Plaintiff is entitled to damages in the amount of $130,000; and

    (3) for conversion, Plaintiff is entitled to damages in the amount of $12,000.

Plaintiff is not entitled to damages for violations of 18 U.S.C. § 2511(1)(a) because, in this case, an award of damages for violations of both 47 U.S.C. § 605(a)

and 18 U.S.C. § 2511(1)(a) would be duplicative.

This Court also finds that Plaintiff is entitled to payment of its attorneys' fees and costs, which will be determined by this Court upon application by Plaintiff's counsel.

Additionally, this Court enjoins Defendant from: (1) receiving, assisting in receiving, transmitting, assisting in transmitting, divulging or publishing DirecTV's satellite transmissions in violation of 47 U.S.C. § 605; and (2) obtaining or possessing unauthorized access devices for the purposes of intercepting DirecTV satellite signals in violation of 47 U.S.C. § 605.

The Court further finds that the above-listed monetary damages are non-dischargeable under 11 U.S.C. §§ 523(a)(4) & (a)(6).

IT IS SO ORDERED.

Dated: AUG 16 2005

Marci B. McIvor
United States Bankruptcy Judge

cc: John T. Hermann, Bradley H. Darling, John H. Jamnback